COOK & KELESIS, LTD.
GEORGE P. KELESIS, ESQ.
Nevada Bar No. 0069
517 S. Ninth Street
Las Vegas, Nevada 89101
Phone: (702) 737-7702
Fax: (702) 737-7712
Email: law@bckltd.com
*Attorneys for Defendant Scott Stern*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-110-RFB-GWF |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE** |
| SCOTT STERN, | **SENTENCING HEARING** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christina D. Silva, Assistant United States Attorney, attorney for the Plaintiff, United States of America, and George P. Kelesis, Esq. of the law firm of Cook & Kelesis, Ltd., attorney for the Defendant, Scott Stern, that the sentencing date in the above-captioned matter currently scheduled for August 16, 2018 at 3:30 PM, be vacated and continued to the Court's first available date after September 1, 2018.

This stipulation is entered into for the following reasons:

1.      Counsel for Plaintiff will be out of the jurisdiction on the date currently set for sentencing.

2.      Counsel for Defendant will be traveling out of the jurisdiction during the latter part of August on other matters.

3.      Counsel for the Defendant needs additional time to prepare for sentencing including, but not limited to, researching and preparing a sentencing memorandum and/or obtaining letters of recommendation and/or certificates of achievement for presentation to the Court prior to the sentencing in order to render effective assistance of counsel.

1    4.    Defendant is not in custody at this time, and does not object to the continuance in

2    this matter.

3    5.    That the parties agree to the continuance sought herein.

4    6.    Additionally, denial of this request for continuance could result in a miscarriage of

5    justice.

6    7.    The additional time requested by this Stipulation is excludable in computing the time

7    within which the sentencing hearing must commence pursuant to the Speedy Trial Act, Title 18,

8    United States  Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States

9    Code, Sections 3161(h)(7)(B)(I) and 3161(h)(7)(B)(iv).

10    8.    This is the first request for continuance of the sentencing date.

11    DATED this 17th day of July, 2018.

12

13    COOK & KELESIS, LTD.                          UNITED STATES OF AMERICA

14

15

16    By ____/s/ George P. Kelesis_____     By ____/s/ Cristina D. Silva_____
      GEORGE P. KELESIS                          CRISTINA D. SILVA
17    Nevada Bar No.  0069                        Assistant United States Attorney
      517 S. Ninth Street                        501 S. Las Vegas Blvd., 11th Floor
      Las Vegas, Nevada 89101                    Las Vegas, Nevada 89101
18    *Attorneys for Defendant*                   *Attorneys for Plaintiff*

19

20

21

22

23

24

25

26

27

28

* * * *

UNITED STATES OF AMERICA,                )
                                          )       Case No.: 2:18-cr-110-RFB-GWF
                    Plaintiff,            )
                                          )
vs.                                       )
                                          )
SCOTT STERN,                              )
                                          )
                    Defendant.            )
_____  )

## FINDINGS OF FACT

Based on the Stipulation to Continue Sentencing, and good cause appearing therefore, the Court finds that:

1.      Counsel for Plaintiff will be out of the jurisdiction on the date currently set for sentencing.

2.      Counsel for Defendant will be traveling out of the jurisdiction during the latter part of August on other matters.

3.      Counsel for Defendant needs additional time to prepare for sentencing including, but not limited to, researching and preparing a sentencing memorandum and/or obtaining letters of recommendation and/or certificates of achievement for presentation to the Court prior to the sentencing in order to render effective assistance of counsel.

4.      Defendant is in not custody at this time and does not object to the continuance in this matter.

5.      That the parties agree to the continuance sought herein.

6.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

7.      The additional time requested by this Stipulation is excludable in computing the time within which the sentencing hearing must commence pursuant to the Speedy Trial Act, Title 18,

1   United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States

2   Code, Sections 3161(h)(7)(B)(I) and 3161(h)(7)(B)(iv).

3       8.      This is the first request for continuance of the sentencing date.

4       For all of the above stated reasons, the ends of justice would be best served by a continuance

5   of the sentencing herein requested.

6                               **CONCLUSIONS OF LAW**

7       The ends of justice served by granting said continuance outweigh the best interest of the

8   public and the Defendant in a speedy trial, since the failure to grant said continuance would be likely

9   to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity

10  within which to be able to effectively and thoroughly prepare for sentencing, taking into account the

11  exercise of due diligence.

12      The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United

13  States Code, Sections 3161(h)(7)(A), considering the factors under Title 18, United States Code,

14  Sections 3161(h)(7)(B)(I) and 3161(h)(7)(B)(iv).

15                                    **ORDER**

16      **IT IS THEREFORE ORDERED** that the sentencing presently set for August 16, 2018 at

17  2:00 PM, is hereby vacated, and continued to the  7th   day of   September        , 2018, at  3:00

18  ___ , a.m. p.m. in Courtroom No.  7C     .

19          DATED this  10th  day of    August     , 2018.

20

21                                    _____

22                                    RICHARD F. BOULWARE, II
                                      UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

                                          4